Case 2:10-cv-06880-TJH-RNB   Document 6   Filed 09/27/10   Page 1 of 1   Page ID #:123

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/27/10

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 27 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL DESHON LEMONS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　　Respondent. | Case No. CV 10-6880-TJH (RNB)<br><br>**JUDGMENT** |

　　　In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

　　　IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: September 23, 2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 27 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_____
TERRY J. HATTER
UNITED STATES DISTRICT JUDGE