I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11/3/10

KPA

DEPUTY CLERK

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| TERRELL DESHON LEMONS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　Respondent. | CV 10-6880 TJH (RNB)<br><br><br>**Judgment** |

　　This judgment supercedes the judgment originally filed September 27, 2010. That judgment, because of a computer error, was never sent to the petitioner.

　　In accordance with the order dismissing the petition for writ of *habeas corpus* for lack of subject matter jurisdiction, filed concurrently,

　　**It is Ordered, Adjudged and Decreed** that this action be, and hereby is, **Dismissed**.

Date: November 3, 2010

_____
Terry J. Hatter, Jr.
Senior United States District Judge